UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-  Case No. 3:07-CR-160

KENNETH DAVID WILKERSON

Defendant.

**ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE**

On March 23, 2012, the Defendant appeared with Counsel and admitted to the violations of Supervised Release as alleged by the United States Probation Office. The Court found the Defendant had violated the conditions of his Supervised Release and proceeded immediately with sentencing.

Pursuant to the record made in open Court, the Defendant IS ORDERED continued on supervised release under the conditions as previously imposed by the Court.

IT IS SO ORDERED.

Date: March 23, 2012

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT